# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLAS FRASCA** : | |
| **AND JENNIFER FRASCA** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 25-00307** |
| : | |
| **ALLSTATE VEHICLE AND PROPERTY** : | |
| **INSURANCE COMPANY** : | |

## ORDER

This 10th day of November, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Partial Motion for Summary Judgment, ECF 14, is **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge